**M. Ryan Casey (he/him), OSB # 152824**
ryan@rcaseylaw.com
THE CASEY LAW FIRM, LLC
358 Blue River Pkwy Unit E-417
Silverthorne, CO 80498
Tel: (970) 372-6509

*Local / Lead Counsel for Plaintiff and the Proposed Class*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| AMANDA CURRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAPESTRY, INC., a Maryland corporation; and COACH SERVICES, INC., a Maryland corporation,<br><br>Defendants. | Case No.: 6:26-cv-00429<br><br>**NOTICE OF RELATED CASE** |

    Plaintiff notifies the Court that this action is related to *Scherer et al. v. Tapestry, Inc. et al.*, No. 6:26-cv-00211-MTK (Dist. Or. filed Jan. 30, 2026), currently pending before Judge Mustafa T. Kasubhai. Both actions involve the same defendants, arise under the same Oregon statutes, involve the same pricing practices, and present substantially similar legal and factual questions.

                                                      Respectfully submitted,

Dated: March 5, 2026                            */s/ Ryan Casey*
                                                        M. Ryan Casey (he/him), OSB # 152824
                                                        THE CASEY LAW FIRM, LLC

358 Blue River Pkwy Unit E-417
Silverthorne, CO 80498
Email: ryan@rcaseylaw.com

Gillian Wade (she/her)
   (*pro hac vice* forthcoming)
WADE KILPELA SLADE LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Tel: (310) 667-7273
Fax: (424) 276-0473
Email: gwade@waykayslay.com

Edwin J. Kilpela, Jr. (he/him)
   (*pro hac vice* forthcoming)
WADE KILPELA SLADE LLP
6425 Living Place, Suite 200
Pittsburgh, PA 15206
Phone: (412) 314-0515
Email: ek@waykayslay.com

Evan E. North (he/him)
   (*pro hac vice* forthcoming)
NORTH LAW PLLC
1900 Market Street, Suite 800
Philadelphia, PA 19103
Phone: (202) 921-1651
Email: evan@northlawpllc.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

No defendant has yet appeared in this action. Defendants will be served with this Notice in accordance with Fed. R. Civ. P. 4.

*/s/ Ryan Casey*
M. Ryan Casey (he/him)