TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
NICHOLAS R. BOTTCHER, OSB No. 245683
nicholas.bottcher@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants Tapestry, Inc. and Coach*
*Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| AMANDA CURRY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>TAPESTRY, INC., a Maryland corporation; and COACH SERVICES, INC., a Maryland corporation,<br><br>        Defendants. | Case No.:  6:26-cv-00429-AP<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

### LR 7-1(a) CERTIFICATION

Counsel for Defendants and Plaintiff have conferred about this motion. Plaintiff does not oppose the extension requested below.

### MOTION

Defendants Tapestry, Inc. and Coach Services, Inc. ("Defendants") move this court for an order extending time to file and serve responses to Plaintiff's complaint by twenty-one (21) days until and including May 26, 2026.

Page 1 – UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

152834394.1 0085336-00000

Plaintiff filed her complaint on March 5, 2026.  The next day, Plaintiff requested that Defendants waive service of the complaint, which Defendants executed on March 25, 2026. Thus, Defendants' responses to the complaint are due on May 5, 2026. An extension of time is needed to permit Defendants Tapestry, Inc. and Coach Services, Inc's counsel sufficient time to evaluate the facts and allegations to answer or otherwise respond to Plaintiffs' complaint.

Accordingly, Defendants request that the deadline to file and serve their responses to Plaintiffs' complaint be extended by 21 days until and including May 26, 2026.

This is Defendants' first request for an extension.  This extension is sought in good faith and not for the purpose of delay.

DATED:  May 1, 2026                                STOEL RIVES LLP


/s/ Nicholas R. Bottcher
TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
NICHOLAS R. BOTTCHER, OSB No. 245683
nicholas.bottcher@stoel.com

*Attorneys for Defendants Tapestry, Inc. and Coach Services, Inc.*

Page 2 – UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
152834394.1 0085336-00000